Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL PRESTON, an individual,<br><br>Plaintiff,<br><br>     v.<br><br>LUCKY OPCO LLC, a Delaware limited liability company, doing business as "LUCKY BRAND JEANS"; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.:<br><br>**COMPLAINT FOR:**<br><br>1. Copyright Infringement (17 U.S.C. § 101, *et. seq.*)<br>2. Vicarious and/or Contributory Copyright Infringement<br><br>**<u>JURY TRIAL DEMANDED</u>** |

     Plaintiff, NEAL PRESTON, by and through his undersigned attorneys, complains and alleges against Defendants as follows:

## JURISDICTION AND VENUE

1.    This action arises under the Copyright Act of 1976, Title 117 U.S.C. § 101, *et seq.*

2.    This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1338 (a) and (b).

3.    Venue is proper under 28 U.S.C. § 1391(c) and 1400(a) because a substantial part of the acts and omissions giving rise to the claims occurred here.

## THE PARTIES

4.    Plaintiff NEAL PRESTON ("PRESTON" or "Plaintiff") is an individual residing and doing business in Los Angeles, California.

5.    Upon information and belief, Defendant LUCKY OPCO LLC, doing business as, "LUCKY BRAND JEANS", ("LUCKY BRAND") is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business at 125 Chubb Avenue, 5th Floor, Lyndhurst, New Jersey, 07071, and is doing business in and with the state of California.

6.    PRESTON is informed and believes and thereon alleges that some of Defendants Does 1 through 3, inclusive, are manufacturers and/or vendors of garments to Defendant, which Doe Defendants have manufactured and/or supplied and are manufacturing and/or supplying garments comprised of fabrics printed with Plaintiff's copyrighted designs (as hereinafter defined) without PRESTON's knowledge or consent or have contributed to said infringement. The true names, whether corporate, individual or otherwise of Defendants Does 1-3, inclusive, are presently unknown to PRESTON, which therefore sues said Defendants by such fictitious names and will seek leave to amend this complaint to show their true names and capacities when same have been ascertained.

7.    Defendants Does 4 through 10, inclusive, are other parties not yet identified who have infringed Plaintiff's copyrights, have contributed to the infringement of Plaintiff's copyrights, or have engaged in one or more of the

1  wrongful practices alleged herein.  Their true names, whether corporate, individual or

2  otherwise, are presently unknown to Plaintiff, who therefore sues said Defendants by

3  such fictitious names, and will seek leave to amend this Complaint to show their true

4  names and capacities when same have been ascertained.

5        8.  Plaintiff is informed and believes and thereon alleges that at all times

6  relevant hereto each of the Defendants was the agent, affiliate, officer, director,

7  manager, principal, alter-ego, and/or employee of the remaining Defendants and was

8  at all times acting within the scope of such agency, affiliation, alter-ego relationship

9  and/or employment; and actively participated in or subsequently ratified and

10  adopted, or both, each and all of the acts or conduct alleged, with full knowledge of

11  all the facts and circumstances, including, but not limited to, full knowledge of each

12  and every violation of Plaintiff's rights and the damages to Plaintiff's proximately

13  caused thereby.

14  **CLAIMS RELATED TO PLAINTIFF'S PICTORIAL WORKS**

15        9.  PRESTON is an accomplished and critically acclaimed photographer,

16  primarily known for his photographs of rock musicians. His works have been

17  exhibited in virtually every media-channel available, ranging from magazines and

18  newspapers to television shows and advertisements.

19        10.  Prior to the conduct complained of herein, PRESTON created an

20  original pictorial work. Plaintiff apply titled the photograph "2007 The Police on

21  Stage" (the "Subject Photograph").

22        11.  PRESTON complied in all respects with the Copyright Act, 17 U.S.C. §

23  101, *et. seq.*, and is the owner of the exclusive rights, title, interests, and privileges in

24  and to the Subject Photograph.  The Subject Photograph is an original work

25  copyrightable under the Copyright Act, and has been registered in full compliance

26  with the Copyright Act.

27        12.  PRESTON has not authorized Defendants to copy, reproduce, duplicate,

28  disseminate, distribute, or create derivative works of the Subject Photograph.

13.     Prior to the acts complained of herein, the Subject Photograph was widely disseminated in magazines, books, articles, and other publications.

14.     PRESTON is informed and believes and thereon alleges that, without PRESTON's authorization, LUCKY BRAND and certain DOE defendants ("Defendants") created, sold, manufactured, caused to be manufactured, imported and/or distributed fabric and/or garments comprised of fabric featuring a design which is identical to or substantially similar to the Subject Photograph ("Subject Product"). Such Accused Product includes, but is not limited to, garments sold on https://www.luckybrand.com with labeling indicating such garments were sold by or for LUCKY BRAND.

15.     Upon information and belief, Defendants, and each of them, have willfully copied, reproduced, displayed, and distributed infringing copies of the Subject Photograph as identified in the below comparison of the Subject Photograph and an exemplar of Subject Product (detail and garment):

**Subject Photograph**



**COMPLAINT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| Subject Product |
| --- |
|  |

**COMPLAINT**

1    16.    The above comparison makes apparent that the elements, composition,

2    colors, arrangement, layout, and appearance of the garment at issue is substantially

3    similar to the Subject Photograph.

4    17.    PRESTON is informed and believes and thereon alleges that

5    Defendants, and each of them, have committed copyright infringement with actual or

6    constructive knowledge of PRESTON's rights, and/or in blatant disregard for

7    PRESTON's rights, such that said acts of copyright infringement were, and continue

8    to be, willful, intentional and malicious, subjecting Defendants, and each of them, to

9    liability for statutory damages under Section 504(c)(2) of the Copyright Act in the

10    sum of up to one hundred fifty thousand dollars ($150,000.00) per infringement

11    **FIRST CLAIM FOR RELIEF**

12    (For Copyright Infringement – Against all Defendants, and Each)

13    18.    Plaintiff repeats, re-alleges, and incorporates herein by reference as

14    though fully set forth, the allegations contained in the preceding paragraphs.

15    19.    Plaintiff alleges on information and belief that Defendants, and each

16    of them, accessed the Subject Photograph by without limitation, viewing the

17    Subject Photograph on Plaintiff's website or social media profiles, on other sites

18    online, or in physical publications. The identicality of the copying also shows

19    access.

20    20.    Plaintiff alleges on information and belief that Defendants, and each

21    of them, copied, reproduced, displayed, and distributed the Subject Photograph

22    online as seen in the screen capture provided in paragraph 15 of this Complaint.

23    21.    Plaintiff is informed and believes and thereon alleges that one or more

24    of the Defendants manufactures garments and/or is a garment vendor. Plaintiff is

25    further informed and believes and thereon alleges that said Defendant(s) has an

26    ongoing business relationship with Defendant retailers, and each of them, and

27    supplied garments to said retailers, which garments infringed the Subject

28    Photograph in that said garments were composed of fabric which featured an

6

**COMPLAINT**

unauthorized print design that was identical or substantially similar to the Subject Photograph or was an illegal derivation or modification thereof.

22.     Plaintiff alleges on information and belief that Defendants, and each of them, infringed Plaintiff's copyrights by creating, making, and/or developing directly infringing and/or derivative works from the Subject Photograph and by producing, distributing and/or selling garments which infringe the Subject Photograph through a worldwide network of retail stores, catalogues, and through on-line websites.

23.     Due to Defendants', and each of their, acts of infringement, Plaintiff has suffered general and special damages in an amount to be established at trial.

24.     Due to Defendants', and each of their, acts of infringement, Plaintiff as suffered general and special damages in an amount to be established at trial.

25.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in the Subject Photograph in an amount to be established at trial.

26.     Plaintiff alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement.

## SECOND CLAIM FOR RELIEF

(For Vicarious and/or Contributory Copyright Infringement – Against all Defendants, and Each)

27.     Plaintiff repeats, re-alleges, and incorporates herein by reference as though fully set forth, the allegations contained in the preceding paragraphs.

28.    Plaintiff alleges on information and belief that Defendants knowingly induced, participated in, aided and abetted in and profited from the illegal reproduction and/or subsequent sales of garment featuring the Subject Photograph as alleged herein.

29.    Plaintiff alleges on information and belief that Defendants, and each of them, are vicariously liable for the infringement alleged herein because they had the right and ability to supervise the infringing conduct and because they had a direct financial interest in the infringing conduct.

30.    By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

31.    Due to Defendants', and each of their, acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement of the Subject Photograph. As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement of Plaintiff's rights in the Subject Photograph, in an amount to be established at trial.

32.    Plaintiff alleges on information and belief that Defendants, and each of them, have committed acts of copyright infringement, as alleged above, which were willful, intentional and malicious, which further subjects Defendants, and each of them, to liability for statutory damages under Section 504(c)(2) of the Copyright Act in the sum of up to $150,000.00 per infringement. Within the time permitted by law, Plaintiff will make its election between actual damages and statutory damages.

/ / /

/ / /

/ / /

**COMPLAINT**

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment as follows:

### **Against all Defendants**

a.    That Defendants, and each of them, as well as their employees, agents, or anyone acting in concert with them, be enjoined from infringing Plaintiff's copyrights in the Subject Photograph, including without limitation an order requiring Defendants, and each of them, to remove any content incorporating, in whole or in part, the Subject Photography from any print, web, or other publication owned, operated, or controlled by any Defendant.

b.    That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, plus any other monetary advantage gained by the Defendants, and each of them, through their infringement, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. §§ 101, *et seq.*;

c.    That a trust be imposed over any revenues derived by Defendants, and each of them, or other proceeds realized by Defendants, and each of them, through the sales or distribution of the product at issue;

d.    That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 101, *et seq.*;

e.    That Defendants, and each of them, account to Plaintiff for their profits and any damages sustained by Plaintiff arising from the foregoing acts of infringement;

f.    That Plaintiff be awarded pre-judgment interest as allowed by law;

g.    That Plaintiff be awarded the costs of this action;

h.    That Plaintiff be awarded further legal and equitable relief as the Court deems proper.

**COMPLAINT**

1

## **JURY DEMAND**

2       PRESTON demands a jury trial on all issues so triable pursuant to Fed. R.

3    Civ. P. 38 and the 7th Amendment to the United States Constitution.

4

5                                              Respectfully submitted,

6    Dated: January 16, 2023          By:   */s/ Stephen M. Doniger*
                                              Stephen M. Doniger, Esq.
7                                             Scott A. Burroughs, Esq.
                                              Kelsey M. Schultz, Esq.
8                                             DONIGER / BURROUGHS
9                                             Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28