TAL DICKSTEIN (*Pro Hac Vice*)
tdickstein@loeb.com
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: 212.407.4000
Facsimile: 212.407.4990

KYLE PETERSEN (SBN 307483)
kpetersen@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000
Facsimile: 310.282.2200

Attorneys for Defendant
LUCKY OPCO LLC dba
LUCKY BRAND JEANS

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Kelsey M. Schultz (SBN 328159)
kschultz@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff
NEAL PRESTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEAL PRESTON, an individual, | Case No.: 2:23-cv-00346-FLA-MAR |
| Plaintiff, | |
| v. | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO CONTINUE ALL DATES** |
| LUCKY OPCO LLC, a Delaware limited liability company, doing business as "LUCKY BRAND JEANS"; and DOES 1-10, inclusive, | |
| Defendants. | |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

JOINT NOTICE OF SETTLEMENT AND
REQUEST TO CONTINUE ALL DATES

Plaintiff Neal Preston ("Plaintiff"), by and through his counsel of record, and defendant Lucky OpCo LLC d/b/a Lucky Brand Jeans ("Defendant," and, collectively with Plaintiff, the "Parties"), by and through its counsel of record, hereby submit this Joint Notice of Settlement and Request to Continue All Dates.

The Parties hereby inform the Court that they have reached a settlement in principal of the above-captioned action. The settlement is expected to be finalized within 14 days of the date of this filing, and, once finalized, the Parties will file a Stipulation of Dismissal dismissing the entire action, with prejudice.

Accordingly, and in an effort to avoid further costs, the Parties respectfully request that the Court continue by 14 days all upcoming deadlines in this action, including, but not limited to, Defendant's deadline to respond to the Complaint, from May 22, 2023 to June 5, 2023.

Dated: May 19, 2023

LOEB & LOEB LLP
TAL DICKSTEIN
KYLE PETERSEN

By: */s/ Kyle Petersen*
Kyle Petersen
Attorneys for Defendant
LUCKY OPCO LLC dba
LUCKY BRAND JEANS

Dated: May 19, 2023

DONIGER / BURROUGHS
STEPHEN M. DONIGER
SCOTT ALAN BURROUGHS
KELSEY M. SCHULTZ

By: */s/ Kelsey M. Schultz*
Kelsey M. Schultz
Attorneys for Plaintiff
NEAL PRESTON

# SIGNATURE ATTESTATION

Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest that all of the signatories listed above, and on whose behalf this Joint Notice of Settlement and Request to Continue All Dates is submitted, concur in the filing's content and have authorized the filing.

Dated: May 19, 2023

LOEB & LOEB LLP
TAL DICKSTEIN
KYLE PETERSEN

By: */s/ Kyle Petersen*
Kyle Petersen
Attorneys for Defendant
LUCKY OPCO LLC d/b/a
LUCKY BRAND JEANS

24100200

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

3

JOINT NOTICE OF SETTLEMENT AND
REQUEST TO CONTINUE ALL DATES